USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-26-18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEBRA PENDARVIS RESPASS, ET AL.,  :
                                  :   **ORDER OF DISMISSAL**
                                  :
                      Plaintiffs, :
                                  :
         -against-                :   18 Misc. 290 (ALC)
                                  :
PAUL HOLMES D/B/A MELLON          :
MORTGAGE COMPANY,                 :
                      Defendant.  :
                                  :
-----------------------------------------------------------------x
DEBRA PENDARVIS RESPASS, ET AL.,  :
                                  :
                                  :
                      Plaintiffs, :
                                  :   18 Misc. 291 (ALC)
         -against-                :
                                  :
JESSICA L. WRIGHT D/B/A FEIN, SUCH & :
CRANE, LLP,                       :
                      Defendant.  :
                                  :
-----------------------------------------------------------------x
DEBRA PENDARVIS RESPASS, ET AL.,  :
                                  :
                                  :
                      Plaintiffs, :
                                  :   18 Misc. 292 (ALC)
         -against-                :
                                  :
MARK K. BROYLES D/B/A FEIN, SUCH & :
CRANE, LLP,                       :
                      Defendant.  :
                                  :
-----------------------------------------------------------------x

**COPIES MAILED**

```
-----------------------------------------------------------x
   DEBRA PENDARVIS RESPASS, ET AL.,            :
                                               :
                                               :
                                  Plaintiffs,  :
                                               :
              -against-                        :      18 Misc. 293 (ALC)
                                               :
   MITCHELL ALKOW D/B/A MORTGAGE                :
   ACCEPTANCE CORPORATION,                     :
                                  Defendant.   :
                                               :
-----------------------------------------------------------x
   DEBRA PENDARVIS RESPASS, ET AL.,            :
                                               :
                                               :
                                  Plaintiffs,  :
                                               :      18 Misc. 294 (ALC)
              -against-                        :
                                               :
   CRAIG K. BEIDEMAN D/B/A FEIN, SUCH &        :
   CRANE, LLP,                                 :
                                  Defendant.   :
                                               :
                                               :
-----------------------------------------------------------x
   DEBRA PENDARVIS RESPASS, ET AL.,            :
                                               :
                                               :
                                  Plaintiffs,  :
                                               :      18 Misc. 295 (ALC)
              -against-                        :
                                               :
   MARIANNE LAKE D/B/A JPMORGAN                :
   CHASE BANK,                                 :
                                  Defendant.   :
                                               :
                                               :
-----------------------------------------------------------x
```

2

```
-----------------------------------------------------------x
   DEBRA PENDARVIS RESPASS, ET AL.,              :
                                                 :
                                                 :
                                    Plaintiffs,  :
                                                 :
              -against-                          :          18 Misc. 296 (ALC)
                                                 :
   JAMES DIMON D/B/A JPMORGAN CHASE              :
   & CO.,                                        :
                                                 :
                                    Defendant.   :
                                                 :
-----------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On June 25, 2018 Plaintiffs filed a "Registration of Judgment Order for Federal Strict Liability Violations, Granted in Favor of Consumers." The Court, however, cannot so order these filings because there is no existing judgment entered by a court in this district that can be "registered." Accordingly, the Court hereby dismisses all the above captioned cases without prejudice.

**SO ORDERED.**

Dated:   June 26, 2018
         New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      United States District Judge